IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS


IN RE:  THIRTY-TWO DOLGENCORP, INC., CASES


ORDER FOR CONSOLIDATION

These thirty-two cases are hereby consolidated for filings and discovery purposes only.[1]  Case Number 1:10cv00024-JEG is designated as the lead case.  All subsequent filings which apply to all thirty-two cases must be filed in the lead case only.  Filings that do not apply to all cases must be filed individually, using the case number(s) assigned to the appropriate action(s).  All subsequent filings must be electronic, utilizing this Court's CM/ECF system.  If they have not already done so, all counsel of record must register on CM/ECF.

The Clerk will annotate the docket sheets for the thirty-one related cases, to state that the docket sheet for the lead case reflects all filings common to all thirty-two cases.

IT IS SO ORDERED this 1st day of December, 2010.


_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties indicate disagreement as to whether the cases should be consolidated for trial purposes.  This order is without prejudice to any subsequent motion to consolidate.  The deadline for filing any such motion will be set by separate order.