IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KATHERINE BETH, et al                                                                           PLAINTIFFS

vs.                              NO.  1:10-cv-00024 JEG-JWC

DOLGENCORP, INC., et al                                                                        DEFENDANTS

## ORDER

The parties have filed a joint stipulation of dismissal as to Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc. and Dollar General Partners (doc. 43).  Therefore, the claims against those defendants are dismissed and the Clerk is directed to show those defendants as terminated in all the consolidated[1] Dolgencorp cases for which this case is the lead case.

IT IS SO ORDERED this 19th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] These cases have been consolidated for filings and discovery purposes only.  (*See* doc. 41.)