IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| **KATHERINE BETH,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | NO. 1:10-CV-00024-JEG-JWC |
| | ) | |
| **DOLGENCORP LLC,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |

  This matter now comes before the Court on the Joint Motion for Order Approving Individual Settlements made by and between Plaintiffs Shellia Benton, Katherine Beth, Michelle Brown, Timothy Butler, Virginia Caskey, Melvin Ely, Mary Fuller, Anna Gresham, Bonnie Haff, Tisha Harris-Fields, Alma Henry, Donna Higgins, Cora Hill, Terri Hill, Judy Lepley, Robert McColpin, Helen McGee, Donna McKinney, Caroline Niccum, Elizabeth Rains, Reggie Ramsey, Peggy Reddell, Carolyn Standridge, Wilma Tapp, Mary Thornton, Michelle Underwood, Melody Warren, Charlotte Williams, and Viola Willis ("Plaintiffs") and Dolgencorp LLC ("Defendant" or "Dollar General") (collectively referred to herein as "Parties").[1] Pursuant to prior Order of December 1, 2010, ECF No. 41, the matter is addressed in the above-entitled action and applicable to each individual action.

  These actions were commenced under the Fair Labor Standards Act. Accordingly, the Court has reviewed the case materials and the confidential settlement information for the purpose of determining whether the settlements should be approved. See 29 U.S.C. § 216(c). The Court is familiar with the nature of the underlying claims and has been provided *in camera* with information regarding the details of these specific settlements.

---

[1] Remaining claims for decedents will be resolved by separate procedure.

The record clearly reflects the cases were pursued in an adversarial context with capable counsel.  The record developed in these and other similar cases around the country demonstrates there was significant risk to the parties that encouraged compromise.  Based on the Court's understanding of the underlying cases, the settlements appear fair and reasonable.  Accordingly, the Court finds that the Motion is meritorious.

The Joint Motion for Order Approving Individual Settlements, ECF No. 52, is hereby **granted**.  The Court hereby **approves** the individual settlements reached by the Parties in each of these individual matters.  Plaintiffs' individual causes of action in the above-styled and numbered individual causes against Defendant, which were consolidated into the above-entitled lead case, are each hereby **dismissed with prejudice** to the refiling of same, with each party to bear its own costs of Court.

**IT IS SO ORDERED**.

Dated this 22nd day of February, 2012.

_____
JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT